**Opinion filed February 9, 2023**



In The

# Eleventh Court of Appeals

_____

## No. 11-22-00220-CR
_____

### PEDRO ANTONIO GOMEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 244th District Court**
**Ector County, Texas**
**Trial Court Cause No. D-18-2212-CR**

## M E M O R A N D U M   O P I N I O N

Appellant has filed in this court a motion for voluntary dismissal of this appeal. Appellant states in his motion that he no longer desires to pursue this appeal. The motion is signed by both Appellant and Appellant's counsel in compliance with Rule 42.2 of the Texas Rules of Appellate Procedure.

The motion is granted, and the appeal is dismissed.

February 9, 2023                                                             PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.